JENNIFER M. DOHERTY and Another, as Assignees of Thomas S. Fitzpatrick, Appellants, v MERCHANTS MUTUAL INSURANCE COMPANY, Respondent.

Submitted August 23, 2010; decided October 19, 2010

Motion to dismiss appeal denied.

JEMROCK REALTY Co. LLC, Respondent, v JAY KRUGMAN, Appellant.

Submitted August 2, 2010; decided October 19, 2010

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division entered in this proceeding commenced in the Civil Court of the City of New York (*see* NY Const, art VI, § 3 [b] [7]; CPLR 5602).

In the Matter of JEFFREY A. JONES, Respondent, v DIETTE D. JONES, Also Known as DIETTE D. JONES-WEBMAN, Appellant.

Submitted August 16, 2010; decided October 19, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of INGE L. MADER, Respondent, v KENNY JOHNSON, Appellant.

Submitted August 23, 2010; decided October 19, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.